## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

IN RE:
**DANETTE BARKLEY**                                              Case No. 19-05826-5-JNC
    Debtor

_____

**DANETTE BARKLEY**
    Plaintiff,                                                      Adversary Proceeding
v.                                                                        No.: 20-00019-5-JNC
**CONSUMER PORTFOLIO SERVICES**
    Defendant

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES, Plaintiff by and through the undersigned attorney and hereby seeks to dismiss the above above-referenced adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041.

Plaintiff filed a Complaint on January 15, 2020, seeking turnover of personal property. Defendant, Consumer Portfolio Service has now delivered the property to the Debtor.

Plaintiff hereby gives notice of a voluntary dismissal in this case with prejudice.

This the 22nd day of January, 2020

                                               SOSNA LAW OFFICES, PLLC

                                               By: s/Palmer E. Huffstetler, III
                                                   Palmer E. Huffstetler, III
                                                   Attorney for Debtor
                                                   3031 Zebulon Road
                                                   Rocky Mount, NC 27804
                                                   (252) 937-3027
                                                   NC Bar No.: 47818

## CERTIFICATE OF SERVICE

      I, Palmer E. Huffstetler, III, Sosna Law Offices, PLLC 3031 Zebulon Road, Rocky Mount, NC 27804, certify:

      That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

      That a copy of the Notice of Dismissal was served on the person listed below.

      I certify under penalty of perjury that the foregoing is true and correct.

      Dated:  January 22, 2020

      SOSNA LAW OFFICES, PLLC

      By:  s/Palmer E. Huffstetler, III
      Palmer E. Huffstetler, III
      Attorney for Debtor
      3031 Zebulon Road
      Rocky Mount, NC 27804
      (252) 937-3027
      NC Bar No.:  47818

SERVED ON:

Consumer Portfolio Services
Attn:  Officer/Managing Agent
P. O. Box 57071
Irvine, CA 92619

Danette Barkley
P. O. Box 661
Garysburg, NC 27831